UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA § 

vs §

Roldando Ramirez-Robles            Misc. No.: B00-011

(Criminal No.: B00-1121M)

## ORDER OF DETENTION PENDING EXTRADITION

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing was held on February 24, 2000. Defendant, his counsel and counsel for the government were present.

The defendant has the burden of providing evidence to show that "special circumstances" exist that warrant releasing him pending an extradition hearing, as evidenced by case law. The Court found that "special circumstances" do not exist and therefore the defendant is ORDERED detained without bond pending extradition hearing.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant tot he United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done at Brownsville, Texas this 2nd day of March, 2000.

Felix Recio, U.S. Magistrate Judge