AO456(Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA
VS.

NOTICE

MAY 0 2 2000
Michael N. Milby
Clerk of Court

Rolando Ramirez Robles          CASE NUMBER: B00-Mc-11

**Type of Case:**

☐ CIVIL        ☒ MISCELLANEOUS        ☐ CRIMINAL

☒ TAKE NOTICE that the EXTRADITION HEARING before Magistrate Judge Recio has been set to the following:

| Place: | 2nd Floor Courtroom |
|---|---|
| U.S Courthouse<br>600 E. Harrison St.<br>Brownsville, Texas 78520 | **Date And Time:** May 22, 2000 at 9:00 a.m. |
| **TYPE OF PROCEEDING;** EXTRADITION HEARING | |

Michael N. Milby, Clerk
U.S. MAGISTRATE OR CLERK

*M. P. Leuma*

(BY) DEPUTY CLERK

TO:  Michael Rodriguez AUSA
     Ed Stapleton