13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE MATTER OF THE EXTRADITION   *

                OF   *   MISC. NO. B-00-011

ROLANDO RAMIREZ ROBLES   *

## MINUTE ENTRY

On request of the parties, the extradition hearing in the above-captioned case is hereby reset from May 22, 2000, to **June 6, 2000, at 9:00 a.m.**

DONE at Brownsville, Texas, this 16th day of May 2000.

Felix Recio
United States Magistrate Judge