16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 6 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| IN RE THE EXTRADITION OF | § | MISC. NO. B-00-011 |
| | § | |
| ROLANDO RAMIREZ-ROBLES | § | |

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the Court is the Complaint of the United States, on behalf of the Government of Mexico, requesting the extradition of Rolando Ramirez-Robles. (Docket No. 1)

Upon review of the complaint, accompanying documents, and testimony submitted during the June 6, 2000 extradition hearing, the Court is persuaded that there is sufficient evidence to sustain the charge of murder as listed in the Treaty in force between the United States and the Republic of Mexico. The court is also persuaded that Rolando Ramirez-Robles should be extradited to Mexico in order that he maybe tried on such charge pursuant to the Treaty and 18 U.S.C. § 3184, *et seq.*

Therefore,

1. The Unites States Marshal for the Southern District of Texas is hereby ORDERED to deliver Rolando Ramirez-Robles to the duly authorized representatives of the Government of the Republic of Mexico so that Rolando Ramirez-Robles may be transported to the Republic of Mexico;

2. Such transfer is ORDERED to be at a time and place mutually agreed upon by the Unites States Marshal for the Southern District of Texas and the duly authorized representative of the Republic of Mexico, provided that it is no later than sixty (60) days from the effective date of this order.

1

3. The clerk is hereby ORDERED to forward copies of this order to the Department of State (to the attention of the Legal Adviser) and to the Director, Officer of International Affairs, Criminal Division, Department of Justice, Washington, D.C.

DONE in Brownsville, Texas this 6th day of June, 2000.

_____
Felix Recio
United States Magistrate Judge

2