UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUL 17 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION § § § | |
| ROLANDO RAMIREZ ROBLES § § | MISC. NO. B-00-011 |

United States District Court
Southern District of Texas
ENTERED
JUL 21 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

EXTRADITION CERTIFICATION
AND ORDER OF COMMITMENT

These extradition proceedings were commenced by the United States pursuant to Title 18, United States Code, Section 3184 and the Treaty on Extradition between the United States and Mexico of May 4, 1978, (hereinafter "Treaty"). ROLANDO RAMIREZ-ROBLES (hereinafter "Defendant") appeared before Magistrate Judge Felix Recio, on June 6, 2000. Pursuant to Article 11 of the Treaty, Mexican authorities presented a request for the Defendant's provisional arrest. A warrant was issued and the arrest made. Pursuant to the Treaty, Mexican authorities presented a formal request for extradition on April 10, 2000, supported by appropriate documentation.

The Defendant's extradition is sought by Mexico for prosecution for the offense of Homicide, in violation of Article 329, Chapter II, and Article 333, of the Penal Code for the State of Tamaulipas.

On June 6, 2000, this court conducted an extradition hearing pursuant to Title 18, United States Code, Section 3184. Based on consideration of the documentary evidence introduced on behalf of Mexico, the Defendant's opposition to extradition, oral arguments of counsel, and written memoranda, the Court finds that the terms of the Treaty and Title 18 United States Code, Section 3184 have been met.

Specifically, the Court finds the following:

1. That there is an extradition treaty in force between the United States and Mexico, namely, the Treaty, and this Court has jurisdiction in this matter;

2. That there are criminal charges pending against the Defendant in Mexico charging him with Homicide, in violation of Article 329, Chapter II, and Article 333, of the Penal Code for the State of Tamaulipas.

3. That the crime with which the Defendant is charged is an extraditable offense within the terms of Article 2 of the Treaty and by the Appendix to the Treaty;

4. That the Defendant who appeared before this court, and represented by counsel Edward A. Stapleton, III, is the same person who is charged in Mexico by an arrest warrant issued by the First Instance Penal Judge of the Fifth Judicial District, in the city of Matamoros, in the State of Tamaulipas on February 4, 1992; and

5. That the evidence establishes probable cause to believe that the Defendant committed the charged offense.

For the foregoing reasons, this matter is certified to the Secretary of State in order that a warrant may issue for the surrender of the Defendant to the proper authorities of Mexico in accordance with the Extradition Treaty between the United States of America and Mexico.

IT IS HEREBY ORDERED that ROLANDO RAMIREZ ROBLES is committed to the custody of the United States Marshal, or his authorized representative, to be confined in appropriate facilities and to remain until he is surrendered to Mexico pursuant to applicable provisions of the Treaty and United States law.

It is further

ORDERED that the United States Attorney for this judicial district shall forward a copy

of this Certification and Order together with a copy of all transcripts of proceedings and copies of documents received into evidence in this matter, to the Secretary of State.

ENTERED this \_\_\_17th\_\_\_ day of \_\_\_July\_\_\_, 2000, at Brownsville, Texas.

_____
United States Magistrate Judge